# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CASSIE L. CARMICHAEL,<br><br>    Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF SAN LUIS OBISPO et al.,<br><br>    Defendants. | Case No. LA CV 18-06182-VBF-SP<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the complaint and this action are dismissed without prejudice.

Dated: June 20, 2019

_____
Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge